

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00532-CR

Daniel Cervantes **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 181st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6992
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 10, 2019.

_____
Luz Elena D. Chapa, Justice